IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD PAUL RICHARDSON,

      Plaintiff,

vs.                                       No. CIV 14-0746 JB/SMV

IT'S QUEST, INC. and
ALINA BAILON

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 31, 2014 (Doc. 7)("MOO"). In the MOO, the Court dismissed the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed August 20, 2014 (Doc. 1)("Complaint"). MOO *passim*. Because the MOO disposed of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that Plaintiff Ronald Paul Richardson's claims against the Defendants are dismissed with prejudice, and final judgment is entered.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

*Parties:*

Ronald Paul Richardson
Las Cruces, New Mexico

      *Plaintiff pro se*